UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

| IN RE: | CASE NO: 07-34261 |
|---|---|
| HELENA A WALLACE | (Chapter 13) |
| Debtor | JUDGE LAWRENCE S. WALTER |

REPORT OF UNCLAIMED FUNDS

The Trustee reports that the following is an itemized list of the unclaimed funds which are being paid to the Clerk of the Bankruptcy Court.

Check Number: **4077929**

| Ct / Tee Claim # | Address | Amount |
|---|---|---|
| 4/ 3 | WELLS FARGO BANK NA<br>% AMERICAN HOME MORTGAGE SVC<br>4600 REGENT BLVD   SUITE 200<br>IRVING, TX  75063 | 0.50 |
| 4/ 29 | WELLS FARGO BANK NA<br>% AMERICAN HOME MORTGAGE SVC<br>4600 REGENT BLVD   SUITE 200<br>IRVING, TX  75063 | 0.50 |
| 4/ 33 | WELLS FARGO BANK NA<br>% AMERICAN HOME MORTGAGE SVC<br>4600 REGENT BLVD   SUITE 200<br>IRVING, TX  75063 | 0.55 |

/s/ Jeffrey M. Kellner
Jeffrey M. Kellner  0022205
Chapter 13 Trustee
131 N LUDLOW ST   SUITE 900
DAYTON, OH  45402-1161
(937)222-7600   Fax (937)222-7383
email: chapter13@dayton13.com

Dated: 5/24/2011

Certificate of Service  07-34261

I hereby certify that a copy of the attached was served by electronic service or was mailed by first class mail to each of the following on the date of the electronic filing.

OFFICE OF THE U S TRUSTEE
170 NORTH HIGH ST
SUITE 200
COLUMBUS, OH  43215

| | | |
|---|---|---|
| HELENA A WALLACE<br>205 S. MAIN STREET<br>P.O. BOX 355<br>BOTKINS, OH  45306 | STEVEN J GEISE<br>316 S. Main St<br>SIDNEY, OH  45365 | (21.1n)<br>FAYE D ENGLISH<br>REIMER ARNOVITZ CHERNEK & JEFFREY<br>CO, LPA<br>P. O. BOX 968<br>2450 EDISON BOULEVARD<br>TWINSBURG, OH  44087 |
| (28.1n)<br>HOLLY N WOLF<br>MANLEY DEAS KOCHALSKI LLC<br>BOX 165028<br>COLUMBUS, OH  43216 | (36.1n)<br>LARRIMER AND LARRIMER<br>165 NORTH HIGH ST<br>COLUMBUS, OH  43215 | (3.3)<br>MANLEY DEAS KOCHALSKI LLC<br>BOX 165028<br>COLUMBUS, OH  43216 |
| (31.1n)<br>UNITED TELEPHONE CO OF OHIO<br>DBA EMBARQ % MS<br>BOX 7971<br>SHAWNEE MISSION, KS  66207 | (3.1)<br>WELLS FARGO BANK NA<br>% AMERICAN HOME MORTGAGE SVC<br>4600 REGENT BLVD   SUITE 200<br>IRVING, TX  75063 | |

Jeffrey M. Kellner BY    ___/s/ Jeffrey M. Kellner_____    sv