UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

| IN RE: | CASE NO: 07-34261 |
|---|---|
| HELENA A WALLACE | (Chapter 13) |
| Debtor | JUDGE LAWRENCE S. WALTER |

REPORT OF UNCLAIMED FUNDS

The Trustee reports that the following is an itemized list of the unclaimed funds which are being paid to the Clerk of the Bankruptcy Court.

Check Number: **4082853**

| Ct / Tee Claim # | Address | Amount |
|---|---|---|
| 4/ 34 | WELLS FARGO BANK NA<br>% AMERICAN HOME MORTGAGE SVC<br>4600 REGENT BLVD   SUITE 200<br>IRVING, TX  75063 | 0.66 |
| 4/ 35 | WELLS FARGO BANK NA<br>% AMERICAN HOME MORTGAGE SVC<br>4600 REGENT BLVD   SUITE 200<br>IRVING, TX  75063 | 299.59 |

/s/ Jeffrey M. Kellner
Jeffrey M. Kellner  0022205
Chapter 13 Trustee
131 N LUDLOW ST   SUITE 900
DAYTON, OH  45402-1161
(937)222-7600   Fax (937)222-7383
email: chapter13@dayton13.com

Dated: 6/2/2011

Certificate of Service          07-34261

I hereby certify that a copy of the attached was served by electronic service or was mailed by first class mail to each of the following on the date of the electronic filing.

OFFICE OF THE U S TRUSTEE
170 NORTH HIGH ST
SUITE 200
COLUMBUS, OH  43215

HELENA A WALLACE
205 S. MAIN STREET
P.O. BOX 355
BOTKINS, OH  45306

STEVEN J GEISE
316 S. Main St
SIDNEY, OH  45365

(21.1n)
FAYE D ENGLISH
REIMER ARNOVITZ CHERNEK & JEFFREY CO, LPA
P. O. BOX 968
2450 EDISON BOULEVARD
TWINSBURG, OH  44087

(28.1n)
HOLLY N WOLF
MANLEY DEAS KOCHALSKI LLC
BOX 165028
COLUMBUS, OH  43216

(36.1n)
LARRIMER AND LARRIMER
165 NORTH HIGH ST
COLUMBUS, OH  43215

(34.3)
MANLEY DEAS KOCHALSKI LLC
BOX 165028
COLUMBUS, OH  43216

(31.1n)
UNITED TELEPHONE CO OF OHIO
DBA EMBARQ % MS
BOX 7971
SHAWNEE MISSION, KS  66207

(34.1)
WELLS FARGO BANK NA
% AMERICAN HOME MORTGAGE SVC
4600 REGENT BLVD   SUITE 200
IRVING, TX  75063

Jeffrey M. Kellner BY      /s/ Jeffrey M. Kellner             sv